

# Missouri Court of Appeals
## Southern District

**JUNE 22, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.   Case No.  SD33907

    Re:    STATE OF MISSOURI,
           Plaintiff-Respondent,
           vs.
           NATHANIEL SMITH,
           Defendant-Appellant.